UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SEARS, ROEBUCK AND CO. and KMART CORP., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNICOLOR SA (f/k/a THOMSON SA), TECHNICOLOR USA, INC. (f/k/a THOMSON CONSUMER ELECTRONICS, INC.), VIDEOCON INDUSTRIES, LTD., TECHNOLOGIES DISPLAYS AMERICAS LLC (f/k/a THOMSON DISPLAYS AMERICAS LLC), MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.; and MITSUBISHI ELECTRIC & ELECTRONICS USA, INC., <br><br> Defendants. | CV 13 5262 <br><br> ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE COMPLAINT UNDER SEAL |

Having considered the administrative motion for an order permitting Plaintiffs Sears, Roebuck and Company and Kmart Corporation to file under seal portions of their Complaint, pursuant to Civil Local Rules 7-11 and 79-5(e), and good cause appearing, the application is hereby GRANTED.

IT IS HEREBY ORDERED THAT that the redacted portions of Plaintiffs' Complaint in this case shall be accepted for filing under seal and shall remain under seal, pending further order of this Court. The Clerk of the Court is directed to accept Plaintiffs' Complaint for filing under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under civil Local Rule 79-5, the parties and their counsel shall not publicly disseminate or discuss any of the sealed portions of the Complaint or their contents absent further order of the Court.

Dated: ~~November~~ , 2013
    December 11

_____
JUDGE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE